## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AG ENVIRONMENTAL PRODUCTS, L.L.C.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CV195 |
| **WORLD ENERGY ALTERNATIVES, LLC,** | ) ) ) | ORDER |
| Defendant. | ) | |

This matter is before the magistrate judge for full pretrial supervision. Upon review of the file,

**IT IS ORDERED** that the parties' Stipulation [6] is granted. Defendant shall have until July 2, 2007 to answer plaintiff's Complaint [1].

**DATED June 12, 2007.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**