# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AG ENVIRONMENTAL PRODUCTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV195 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WORLD ENERGY ALTERNATIVES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Parties' Notice of Settlement and joint motion to hold this case in abeyance until the settlement has been fully performed. **See** Filing No. 27. The parties have advised the Court that they expect settlement to be fully performed and completed by December 31, 2008. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS ORDERED** that the Court hold this matter in abeyance until January 2, 2009, by which date the parties will cause this action to be dismissed, with prejudice, each party to pay its own costs and attorney fees. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

Dated this 25th day of February, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge