IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AG ENVIRONMENTAL PRODUCTS, LLC,

      Plaintiff,

v.

WORLD ENERGY ALTERNATIVES, LLC,

      Defendant.

CASE NO. 8:07CV195

**ORDER OF DISMISSAL**

This matter comes before the Court on the Parties' Joint Stipulation to Dismiss with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the Complaint filed herein is dismissed, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall each bear its own costs and attorneys fees.

Dated this 12th day of January, 2009.

BY THE COURT

s/ Joseph F. Bataillon
District Court Judge